1

2

3

4

5

6                  UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * *

9    JACOB R. PRATT,                      Case No. 3:15-cv-00505-MMD-WGC

10                          Plaintiff,

11        v.                              ORDER ACCEPTING AND ADOPTING
                                          REPORT AND RECOMMENDATION OF
     CHIEF PAROLE AND PROBATION           MAGISTRATE JUDGE WILLIAM G. COBB
12   OFFICER, *et al.*,

13                         Defendants.

14

15        Before the Court is the Report and Recommendation of United States Magistrate

16   Judge William G. Cobb (ECF No. 36) ("R&R") recommending dismissal of this action

17   without prejudice. Plaintiff had until July 5, 2017, to object to the R&R.  To date, no

18   objection has been filed.

19        This Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

21   timely objects to a magistrate judge's report and recommendation, then the court is

22   required to "make a *de novo* determination of those portions of the [report and

23   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

24   to object, however, the court is not required to conduct "any review at all . . . of any issue

25   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

26   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

27   magistrate judge's report and recommendation where no objections have been filed. *See*

28   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. The Magistrate Judge recommends permitting Plaintiff to voluntarily dismiss this action without prejudice. (ECF No. 36.) Upon reviewing the R&R and records in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 36) is accepted and adopted in its entirety.

It is ordered that this case is dismissed without prejudice.

It is further ordered that Defendants' Motion to Dismiss (or Alternatively Motion for Summary Judgment) (ECF No. 35) is denied as moot.

The Clerk is instructed to close this case.

DATED THIS 10th day of July 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE